# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5311**  **September Term, 2023**

**1:23-cv-01611-RDM**

**Filed On: January 2, 2024** [2034017]

Norwich Pharmaceuticals, Inc.,

    Appellant

    v.

Xavier Becerra, in his official capacity as
Secretary of Health and Human Services,
et al.,

    Appellees

**O R D E R**

    The notice of appeal was filed on December 29, 2023, and docketed in this court on December 29, 2023. It is, on the court's own motion,

    **ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 1, 2024 |
| Docketing Statement Form | February 1, 2024 |
| Entry of Appearance Form | February 1, 2024 |
| Procedural Motions, if any | February 1, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 1, 2024 |
| Statement of Issues to be Raised | February 1, 2024 |
| Transcript Status Report | February 1, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | February 1, 2024 |
| Dispositive Motions, if any | February 16, 2024 |

It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5311**                                    **September Term, 2023**

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 1, 2024 |
| Entry of Appearance Form | February 1, 2024 |
| Procedural Motions, if any | February 1, 2024 |
| Dispositive Motions, if any | February 16, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                           Amy Yacisin
                           Deputy Clerk

The following forms and notices are available on the Court's website:

      Civil Docketing Statement Form
      Entry of Appearance Form
      Transcript Status Report Form
      Request to Enter Appellate Mediation Program
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases