# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5311**　　　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　1:23-cv-01611-RDM

　　　　　　　　　　　　　　　　　　　　**Filed On: August 9, 2024** [2069123]

Norwich Pharmaceuticals, Inc.,

　　　　Appellant

　　v.

Xavier Becerra, in his official capacity as
Secretary of Health and Human Services,
et al.,

　　　　Appellees

## O R D E R

　　Upon consideration of appellant's corrected motion to hold case in abeyance, it is

　　**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in this case by September 13, 2024.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　James A. Kaiser
　　　　　　　　　　　　　　　　　　　Deputy Clerk