ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC., <br> *Plaintiff - Appellant* <br> v. <br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; MARTIN MAKARY, in his official capacity as Commissioner of Food and Drugs; UNITED STATES FOOD AND DRUG ADMINISTRATION, <br> *Defendants - Appellees* <br> SALIX PHARMACEUTICALS, INC., <br> *Intervenor for Defendant – Appellee* | Case No. 23-5311 <br> (D.D.C. No. 1:23-cv-1611) |

**INTERVENOR-APPELLEE SALIX PHARMACEUTICALS, INC.'S RESPONSE IN OPPOSITION TO MOTION TO EXTEND TIME TO FILE OPENING BRIEF**

Intervenor-Appellee Salix Pharmaceuticals, Inc. opposes Plaintiff-Appellant Norwich Pharmaceuticals, Inc.'s motion to extend time to file its opening brief until June 13, 2025. Dkt. 22. Although counsel routinely agrees to extension requests, this appeal has been pending for an extraordinary length of time—nearly eighteen months—and should have been resolved long ago. There is no good cause for an extension. Fed. R. App. P. 26(b).

Norwich filed its notice of appeal on December 29, 2023. Dkt. 1. At Norwich's request, the appeal was then held in abeyance pending resolution of a related Federal Circuit appeal. Dkt. 17; *see also Salix Pharms., Ltd. v. Norwich Pharms. Inc.*, 98 F.4th 1056 (Fed. Cir. Apr. 11, 2024). Norwich persuaded this Court to hold the appeal in abeyance until resolution of the parties' petitions for writs of certiorari in December 2024. *Salix Pharms., Ltd. v. Norwich Pharms. Inc.*, 145 S. Ct. 983 (Dec. 16, 2024). The sole issue in this appeal is whether FDA must obey the judgment affirmed by the Federal Circuit. Because the Federal Circuit's affirmance forecloses any argument that Norwich might make to this Court, Salix anticipated that Norwich would dismiss this appeal following that decision.

The Court set the current briefing schedule on April 11, 2025, nearly four months after the appeal left abeyance. Dkt. 18. Now, nearly three weeks after the Court set the briefing schedule, Norwich moves for a further extension of time. Neither reason proffered by Norwich justifies further delay.

1

First, Norwich seeks an extension for this Court to consider its motion to consolidate this appeal with No. 25-5137. Mot. at 2. For the reasons described in Salix's opposition to that motion, there is no basis for consolidating the appeals, which involve distinct legal questions and parties. Norwich's motion is premised on an incorrect description of the issues in this appeal. That motion should be denied, and the briefing schedule should not be extended because of a meritless motion.

Second, Norwich's attorneys say that an extension is justified by the press of other business. Mot. at 3. As an initial matter, Norwich did not confer regarding this basis for an extension. Norwich asked Salix only whether Salix opposed an extension "in order for the Court to consider the consolidation question."

Moreover, this appeal has been pending in this Court for nearly a year-and-a-half and has already been delayed for far too long. The briefing schedule was set nearly three weeks before Norwich filed this motion, and Norwich has had more than ample time—including more than a year since the Federal Circuit's decision—to prepare its brief. The time has come for Norwich either to present its argument for reversal or to dismiss the appeal. Further delay is unwarranted.

## CONCLUSION

For these reasons, the Court should deny Norwich's motion.

| | |
|---|---|
| Dated:  May 12, 2025 | Respectfully submitted,<br>MORGAN, LEWIS & BOCKIUS LLP<br><br>/s/ William R. Peterson<br>William R. Peterson<br>Susan Stradley<br>1000 Louisiana, Suite 4000<br>Houston, Texas 77002-5006<br>(713) 890-5000<br>william.peterson@morganlewis.com<br>susan.stradley@morganlewis.com<br><br>Douglas A. Hastings<br>Brendan J. Anderson<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 739-3000<br>douglas.hastings@morganlewis.com<br>brendan.anderson@morganlewis.com<br><br>Michael J. Abernathy<br>Wan-Shon Lo<br>110 North Wacker Drive, Suite 2800<br>Chicago, IL 60606-1511<br>(312) 324-1000<br>mike.abernathy@morganlewis.com<br>shon.lo@morganlewis.com<br><br>*Counsel for Salix Pharmaceuticals, Inc.* |

# CERTIFICATE OF COMPLIANCE

1.    This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the motion exempted by Federal Rules of Appellate Procedure 27(a)(2)(B) and 32(f), this document contains 462 words.

2.    This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.

Dated: May 12, 2025                 /s/ William R. Peterson
                                                      William R. Peterson

                                                      *Counsel for Salix Pharmaceuticals, Inc.*