IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NORWICH PHARMACEUTICALS, INC., <br><br>*Plaintiff-Appellant*, <br><br>v. <br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, et al., <br><br>*Defendants-Appellees*, <br><br>SALIX PHARMACEUTICALS, INC., <br><br>*Intervenor-Appellee*. | Case No. 23-5311 |

## REPLY IN SUPPORT OF MOTION
## FOR EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF

Concurrently with its motion to consolidate and expedite proceedings, Plaintiff-Appellant Norwich Pharmaceuticals, Inc. ("Norwich") also filed a motion for an extension of time to file its principal brief in appeal No. 23-5311, from May 21, 2025 to June 13, 2025. The federal Defendants-Appellees have consented to this requested deadline. Only Intervenor Salix Pharmaceuticals, Inc. ("Salix") opposes.

Intervenor Salix provides no persuasive reason to disrupt Norwich and the Defendants-Appellees' agreed briefing deadline. That agreed deadline is intended to facilitate the Court's consideration of the motion for consolidation and expedition,

and, in all events, allow undersigned counsel adequate time to prepare a principal brief that will be the most useful for the Court in resolving this matter.

For the reasons stated in Norwich's extension motion and herein, the Court should extend Norwich's principal brief deadline to June 13, 2025.

Dated: May 15, 2025

Matthew S. Murphy
AXINN, VELTROP &
HARKRIDER LLP
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100
Fax: (860) 275-8101
mmurphy@axinn.com

*Attorneys for Plaintiff-Appellant Norwich Pharmaceuticals, Inc.*

Respectfully submitted,

*/s/ Andrew D. Prins*
Andrew D. Prins
Peter E. Davis
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-3317
andrew.prins@lw.com

Nicholas L. Schlossman
LATHAM & WATKINS LLP
300 Colorado Street
Suite 2400
Austin, TX 78701
(737) 910-7314

*Counsel for Plaintiff-Appellant Norwich Pharmaceuticals, Inc.*

## CERTIFICATE OF COMPLIANCE

The foregoing motion brief is in 14-Point Times New Roman proportional font and contains 137 words and thus is in compliance with the type-volume limitation set forth in Federal Rule of Appellate Procedure 27(d)(2)(A) and D.C. Circuit Rule 27(a)(2).


Dated: May 15, 2025                    Respectfully submitted,

*/s/ Andrew D. Prins*
Andrew D. Prins
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-3317
andrew.prins@lw.com

*Attorney for Appellant
Norwich Pharmaceuticals, Inc.*