# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5311**　　　　　　　　　　　　　　　　**September Term, 2024**

1:23-cv-01611-RDM
1:25-cv-00091-BAH

**Filed On: May 19, 2025** [2116480]

Norwich Pharmaceuticals, Inc.,

    Appellant

    v.

Robert F. Kennedy, Jr., in his official
capacity as Secretary of Health and Human
Services, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on April 11, 2025, be suspended pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
　　Michael C. McGrail
　　Deputy Clerk