# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5311**                                    **September Term, 2024**

                                        **1:23-cv-01611-RDM**
                                        **1:25-cv-00091-BAH**

                                    **Filed On:** May 21, 2025

Norwich Pharmaceuticals, Inc.,

      Appellant

      v.

Robert F. Kennedy, Jr., in his official capacity
as Secretary of Health and Human Services,
et al.,

      Appellees

_____

**No. 25-5137**

Norwich Pharmaceuticals, Inc.,

      Appellant

      v.

Robert F. Kennedy, Jr., in his official capacity
as Secretary of Health and Human Services,
et al.,

      Appellees

      **BEFORE:**    Henderson, Wilkins, and Childs, Circuit Judges

## O R D E R

      Upon consideration of the motion to consolidate and expedite No. 23-5311 and No. 25-5137, the oppositions thereto, and the reply; and the motion to extend the time to file the opening brief in No. 23-5311, the opposition thereto, and the reply, it is

      **ORDERED** that the motion to consolidate and expedite be denied. See D.C. Circuit Handbook of Practice and Internal Procedures 24, 34 (2024). It is

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5311**  **September Term, 2024**

**FURTHER ORDERED** that the motion to extend the time to file the opening brief be granted. The following revised briefing schedule will now apply in No. 23-5311:

| | |
|---|---|
| Appellant's Brief | June 13, 2025 |
| Appellees' Brief(s) | July 14, 2025 |
| Appellant's Reply Brief | August 4, 2025 |
| Deferred Appendix | August 11, 2025 |
| Final Briefs | August 25, 2025 |

The Clerk is directed to schedule No. 23-5311 and No. 25-5137 for oral argument on the same day before the same panel.

**<u>Per Curiam</u>**