# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5311**                              **September Term, 2025**

**1:23-cv-01611-RDM**

**Filed On: December 4, 2025** [2148705]

Norwich Pharmaceuticals, Inc.,

      Appellant

      v.

Robert F. Kennedy, Jr., in his official
capacity as Secretary of Health and Human
Services, et al.,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for December 11, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 10 Minutes |
| Federal Appellees | - | 7 Minutes |
| Appellee Salix Pharmaceuticals, Inc. | - | 3 Minutes |

The panel considering this case will consist of Circuit Judges Pillard, Walker, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 5, 2025.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)